UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALLEL MEDIA, LLC, a Nevada Limited Liability Company,<br><br>                Plaintiff,<br><br>       vs.<br><br>THE D&M CAPITAL GROUP, LLC, a New York Limited Liability Company, and MOTY SPECTOR, an individual,<br><br>                Defendants. | CASE NO. CV 10-05666 MMM (FFMx)<br><br>JUDGMENT FOR DEFENDANTS |

Defendant D&M Capital Group and Moty Spector's motion to dismiss for lack of personal jurisdiction came on regularly for hearing on April 4, 2011. The court having considered the evidence presented by the parties, and having reviewed the briefs and heard the argument of counsel,

IT IS ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed without prejudice for lack of personal jurisdiction.

DATED: May 31, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE